**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-7455**

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

PAUL MONROE COVINGTON, JR.,

                              Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Samuel G. Wilson, Chief District Judge, sitting by designation. (CR-98-50, CA-01-110-3-V)

Submitted: October 17, 2001          Decided: October 30, 2001

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Aaron Edmund Michel, Charlotte, North Carolina, for Appellant.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paul Monroe Covington, Jr. seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Covington</u>, Nos. CR-98-50; CA-01-110-3-V (W.D.N.C. filed July 10, 2001; entered July 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2